# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TOMMY D. GARREN, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:17-cv-149 |
| | ) |
| v. | ) |
| | ) Judge Collier |
| CVS HEALTH CORPORATION, et al., | ) |
| | ) Magistrate Judge Shirley |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Attorney, Sonya C. Edwards, and respectfully moves the Honorable Court to enter an Order granting her request to withdraw as Plaintiff's counsel from the above-styled matter. In support, the undersigned states as follows:

1. As of October 20, 2017, the undersigned is no longer employed by the law firm of Haynes & Haynes, P.C.

2. No party will be prejudiced by this motion, as Plaintiff is adequately represented by other counsel at Haynes & Haynes, P.C. and Collins & Hunter, P.L.L.C.

WHEREFORE, premises considered, the undersigned respectfully requests the Honorable Court to grant her Motion to Withdraw and to instruct the Clerk that the undersigned is no longer counsel of record in the above-styled action.

Respectfully submitted,

*/s/ Sonya C. Edwards*
Sonya C. Edwards (ASB-8848-S73E)
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
scedwards@haynes-haynes.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this, the 24th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sonya C. Edwards*
Of Counsel

2