UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TOMMY D. GARREN,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)  No. 3:17-CV-149<br>)<br>)  Judge Curtis L. Collier<br>)<br>)<br>) |

# **VERDICT FORM**

## I. Contract Formation

Have Defendants proven by a preponderance of the evidence that Plaintiff entered a contract with Defendants to arbitrate all disputes between them?

Yes _____   (No) _____



Foreperson

1/22/19
Date