UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TOMMY D. GARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-149-CLC-DCP |
| | ) |
| CVS RX SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion for Withdrawal and Substitution of Counsel [Doc. 133]. Defendant moves to substitute Attorney Stephanie Chavez in place of Attorney Shana Fonnesbeck as counsel of record in this case.

Because continuity of counsel is ensured, the Court finds the Motion for Withdrawal and Substitution of Counsel **[Doc. 133]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a **notice of withdrawal**.") (Emphasis added). Attorney Shana G. Fonnesbeck is **RELIEVED** of her duties as counsel in this matter, and Attorney Stephanie Chavez is **SUBSTITUTED** as counsel of record for Defendant.[1]

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge

---

[1] The Court observes that the only remaining Defendant in this case is CVS Rx Services, Inc., and Attorneys Jay St. Clair and John Moretta are also listed as counsel of record for this Defendant in CM/ECF.